**INDYMAC VENTURE, LLC, Respondent**

v.

**James Vincent LIOTT, Petitioner**

**No. 74 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Alphonso SANDERS, Petitioner**

**No. 62 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin J. LOWRY, Petitioner**

**No. 41 EAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.